UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

        -against-

JOHN FAZIO, JR.

        Defendant.

**ORDER**

11-cr-873 (ER)

      On December 8, 2022, Fazio asked the Court to reduce the statutory ban prohibiting him from working for a labor organization from thirteen to the minimum three years, pursuant to 29 U.S.C. § 504(a) of the Labor Management Reporting and Disclosure Act ("LMRDA"). Doc. 378. He specified that he "s[ought] relief from the ban only to the extent it w[ould] permit him to obtain a low-level position with a labor union," and, even if the request were granted, he "would still be banned from having any decision-making authority or control of union funds and would remain banned from the other prohibited categories." *Id.* at 1.

      At a hearing on April 18, 2024, the Court granted the requested relief and directed Fazio to submit a proposed order for the Court to sign. Fazio submitted a proposed order the next day, but it stated that Fazio would "no longer [be] subject to the [statutory] bar" imposed by the LMRDA. Doc. 382-1. That is broader than the scope of the relief the Court granted.

      The Court hereby orders that the LMRDA statutory bar prohibiting Fazio from working in a labor union is reduced to three years *solely* to the extent it "permit[s] him to obtain a low-level

position with a labor union"; he will remain "banned from having any decision-making authority or control of union funds and would remain banned from the other prohibited categories."

SO ORDERED.

Dated: April 24, 2024
New York, New York

_____
Edgardo Ramos, U.S.D.J.