UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | **Order Granting Relief Pursuant to 29 U.S.C. § 504** |
| v. | ) ) | |
| JOHN FAZIO, JR., | ) ) | Case No. 11-cr-873(ER) |
| Defendant. | ) ) ) ) ) ) ) | |

WHEREAS, on December 8, 2022, Defendant John Fazio, Jr. ("Fazio") requested a reduction of the thirteen-year statutory bar imposed by 29 U.S.C. § 504(a) of the Labor Management Reporting and Disclosure Act ("LMRDA") to a period of three years (Docket No. 378);

WHEREAS, on May 8, 2024, the Court partially granted Fazio's request and reduced the statutory bar to three years to the extent it "permit[s] him to obtain a low-level position," further stating that Fazio "will remain banned from having any decision-making authority or control of union funds and would remained banned from the other prohibited categories" (Docket No. 384);

WHEREAS, on January 23, 2025, Fazio submitted another request for a full reduction of the thirteen-year statutory bar imposed by the LMRDA to a three-year period (Docket No. 392);

-2-

WHEREAS, the Government opposed Fazio's request for a reduction of the LMRDA labor bar but did not file any written response to the request;

WHEREAS, the Court held a status conference on April 29, 2025 to address Fazio's request (among other issues);

WHEREAS, the Court is satisfied that granting Fazio's request would not be contrary to the purposes of LMRDA § 504(a); and

WHEREAS, it has been more than three years since Fazio's release from prison in 2019 when the bar commenced.

NOW THEREFORE, IT IS HEREBY ORDERED that Fazio's request to reduce the statutory bar imposed by 29 U.S.C. § 504(a) to a period of three years is GRANTED and he is no longer subject to the bar.

Dated:  May 5, 2025
         New York, New York

                                        _____
                                          HONORABLE EDGARDO RAMOS
                                          UNITED STATES DISTRICT JUDGE